

WILMINGTON
RODNEY SQUARE

NEW YORK
ROCKEFELLER CENTER

**Samantha G. Wilson**
P 302.571.5018
F 302.576.3547
swilson@ycst.com

April 1, 2020

<u>**VIA CM/ECF**</u>

The Honorable Sherry R. Fallon
United States District Court
 for the District of Delaware
844 North King Street
Wilmington, DE  19801

  Re: *Daiichi Sankyo Company, Ltd. v. Seattle Genetics, Inc.*,
     C.A. No. 19-2087-LPS-SRF

Dear Judge Fallon:

  I write on behalf of the parties in the above-referenced action regarding the Sealed Report and Recommendation of March 25, 2020 (D.I. 31).  The parties have reviewed the Court's Report and Recommendation and do not believe redactions are required.  Accordingly, the parties submit that the Report and Recommendation can be unsealed and made fully available to the public.

         Respectfully,

         */s/ Samantha G. Wilson*

         Samantha G. Wilson (No. 5816)

cc: Clerk, U.S. District Court (By CM/ECF)
   Counsel of Record (by CM/ECF and E-mail)