IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| DAIICHI SANKYO COMPANY, LIMITED,<br><br>Plaintiff,<br><br>v.<br><br>SEAGEN INC.,<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>)  C.A. No. 19-2087-LPS<br>)<br>)<br>)<br>)<br>) |

**NOTICE OF INTERIM ARBITRATION AWARD**

Plaintiff Daiichi Sankyo Company, Limited ("DSC") reports on the status of the related arbitration before the American Arbitration Association (the "Arbitration") brought by Defendant Seagen Inc. ("Seagen").

On August 12, 2022, Chief Judge Garrett E. Brown, Jr. (Ret.), sitting as the sole Arbitrator, issued an Interim Award pursuant to AAA Rule 47(b).  The Arbitrator specifically recognized that DSC retains ownership of all patent rights to its antibody-drug conjugate (ADC) technology and that DSC's platform ADC technology was developed by DSC.  (*See* Exhibit A.)  The Parties issued press releases on the Interim Award both acknowledging that the Arbitrator ruled in favor of DSC and denying all claims made by Seagen.  (*See* Exhibit A; Exhibit B.)  Seagen's press release specifically notes the Arbitrator's Interim Award favored DSC, citing statute of limitations and disagreement with Seagen on the interpretation of the contract.  (*See* Exhibit B.)

The Interim Award addresses and was fully and finally dispositive with respect to all factual, legal and equitable arguments, and defenses raised in conjunction with the Parties' claims and requests for relief, with the sole exception of the Parties' respective requests for an award of,

*inter alia,* attorneys' fees, which will be addressed in the Final Award. The Parties are to meet and confer on this remaining issue not later than August 31, 2022.

|  |  |
|---|---|
|  | ASHBY & GEDDES |
|  |  |
|  | */s/ Andrew C. Mayo* |
|  | _____ |
|  | Steven J. Balick (#2114) |
|  | Andrew C. Mayo (#5207) |
|  | 500 Delaware Avenue, 8th Floor |
|  | P.O. Box 1150 |
|  | Wilmington, DE 19899 |
|  | (302) 654-1888 |
| *Of Counsel:* | sbalick@ashbygeddes.com |
|  | amayo@ashbygeddes.com |
| Preston K. Ratliff II |  |
| Isaac S. Ashkenazi | *Attorneys for Plaintiff* |
| Kevin P. Broughel | *Daiichi Sankyo Company, Limited* |
| Ashley N. Mays-Williams |  |
| Amanda L. Pober |  |
| PAUL HASTINGS LLP |  |
| 200 Park Avenue |  |
| New York, NY 10166 |  |
| (212) 318-6000 |  |

Joseph R. Profaizer
Jeff A. Pade
PAUL HASTINGS LLP
875 15th Street, N.W.
Washington, DC 20005
(202) 551-1700

Dated: August 19, 2022