# EXHIBIT A



Passion for Innovation.
Compassion for Patients.™

# Press Release

## Arbitrator Rules in Favor of Daiichi Sankyo in Dispute with Seagen

- All claims made by Seagen regarding Daiichi Sankyo antibody drug conjugates are denied

**Tokyo, Munich and Basking Ridge, NJ – (August 12, 2022)** – An arbitrator issued a decision today in a dispute between Daiichi Sankyo Company, Ltd. and Seagen, Inc., denying all claims made by Seagen. Specifically, Daiichi Sankyo retains all patent rights to its antibody drug conjugate (ADC) technology and will continue to develop and commercialize these medicines as planned.

In November 2019, Daiichi Sankyo filed a Declaratory Judgment action in the District Court of Delaware against Seagen in response to communications from Seagen claiming certain intellectual property rights related to Daiichi Sankyo's ADC technology. Seagen's claims related to a collaboration agreement between the two companies from 2008 to 2015. In response, Seagen filed an arbitration demand in connection with the dispute with the American Arbitration Association in the same month, resulting in an arbitration and today's decision.

"We are extremely pleased that, based on the facts of this matter, the arbitrator recognized that Daiichi Sankyo retains ownership of all patents at issue in the arbitration and that our platform ADC technology was developed by Daiichi Sankyo," said Sunao Manabe, President and CEO of Daiichi Sankyo, Company, Ltd. "Daiichi Sankyo is proud of our legacy and strength in innovative science and technology and remains committed to bringing our ADCs to patients who need new standards of care in cancer treatment."

**About Daiichi Sankyo**
Daiichi Sankyo is dedicated to creating new modalities and innovative medicines by leveraging our world-class science and technology for our purpose "to contribute to the enrichment of quality of life around the world." In addition to our current portfolio of medicines for cancer and cardiovascular disease, Daiichi Sankyo is primarily focused on developing novel therapies for people with cancer as well as other diseases with high unmet medical needs. With more than 100 years of scientific expertise and a presence in more than 20 countries, Daiichi Sankyo and its 16,000 employees around the world draw upon a rich legacy of innovation to realize our 2030 Vision to become an "Innovative Global Healthcare Company Contributing to the Sustainable Development of Society." For more information, please visit: *www.daiichisankyo.com*.

**Media Contacts:**

| | |
|---|---|
| **Global/Japan:** | **EU:** |
| Masashi Kawase | Simone Dowe |
| Daiichi Sankyo Co., Ltd. | Daiichi Sankyo Europe GmbH |
| kawase.masashi.a2@daiichisankyo.co.jp | simone.dowe@daiichi-sankyo.eu |
| +81 3 6225 1126 (office) | +49897808437 (office) |
| | +49 (176) 11780822 (mobile) |
| **US:** | |
| Kim Wix | **Investor Relations Contact:** |
| Daiichi Sankyo, Inc. | DaiichiSankyoIR@daiichisankyo.co.jp |
| kwix@dsi.com | |
| +1 908 656 5447 (mobile) | |

2

# EXHIBIT B





## Seagen Statement on Outcome of Daiichi Sankyo Arbitration

August 12, 2022 01:14 PM Eastern Daylight Time

BOTHELL, Wash.--(BUSINESS WIRE)--Seagen Inc. (Nasdaq: SGEN) today issued a statement regarding the outcome of the arbitration with Daiichi Sankyo Co. Ltd. ("Daiichi Sankyo") relating to the parties' 2008 collaboration agreement for the use of Seagen's antibody-drug conjugate (ADC) technology. The arbitrator ruled in favor of Daiichi Sankyo, citing statute of limitations and disagreement with Seagen on the interpretation of the contract.

"While we are disappointed with the arbitration decision, it was important for us to pursue this legal action," said Roger Dansey, M.D., interim Chief Executive Officer and Chief Medical Officer, Seagen. "This does not impact our existing business. Looking forward, we are well-positioned to drive continued innovation and growth with four commercial products and a deep and diverse pipeline of promising programs. Seagen remains focused on developing innovative medicines that make a meaningful difference in the lives of cancer patients."

**About Seagen**

Seagen Inc. is a global biotechnology company that discovers, develops and commercializes transformative cancer medicines to make a meaningful difference in people's lives. Seagen is headquartered in the Seattle, Washington area, and has locations in California, Canada, Switzerland and the European Union. For more information on the company's marketed products and robust pipeline, visit www.seagen.com and follow @SeagenGlobal on Twitter.

**Forward Looking Statements**

Certain of the statements made in this press release are forward looking, such as those, among others, relating to Seagen's continued innovation and growth, as well as its pipeline. Actual results or developments may differ materially from those projected or implied in these forward-looking statements. Factors that may cause such a difference include, without limitation, the risk that the company's financial results may not be as expected and the difficulty and uncertainty of pharmaceutical product development. More information about the risks and uncertainties faced by the company is contained under the caption "Risk Factors" included in Seagen's Quarterly Report on Form 10-Q for the quarter ended June 30, 2022, filed with the Securities and Exchange Commission. Seagen disclaims any intention or obligation to update or revise any forward-looking statements, whether as a result of new information, future events or otherwise except as required by applicable law.

**Contacts**

**For Media**

David Caouette

(310) 430-3476

dcaouette@seagen.com

**For Investors**

Peggy Pinkston

(425) 527-4160

ppinkston@seagen.com